Avraham Zvi Cutler
Ballon Stoll Bader & Nadler
729 7th Ave., 17th Fl.
New York, NY 10019
State Bar No. 028441
Fax: 212-764-5060
avicutler@gmail.com
Tel: 718-578-7711

*Attorney for Plaintiff Paula Kitchen*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paula Kitchen,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Concord Servicing Company d/b/a Blackwell Recovery,<br><br>　　　　Defendant. | No.: 4:17-cv-00272-RCC_<br><br>**NOTICE OF SETTLEMENT** |

Notice is hereby given that the Parties have settled the matters between them. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

DATED:  April 10, 2018　　　　　　BALLON STOLL BADER & NADLER

　　　　　　　　　　　　　　　　　　By:　*/s/Avraham Zvi Cutler*
　　　　　　　　　　　　　　　　　　　　Avraham Zvi Cutler, Esq.
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Paula Kitchen

**Certificate of Service**

I hereby certify that on this date, I electronically filed this Notice of Settlement using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

*/s/ Avraham Zvi Cutler*
Avraham Zvi Cutler, Esq.