**Ballon Stoll Bader & Nadler**
By: Avraham Zvi Cutler (028441)
729 7th Ave., 17th Fl.
New York, NY 10019
Phone: (718) 578-7711
avicutler@gmail.com
*Attorney for Paula Kitchen*

**Concord Servicing Corporation**
By:  Sonja M. Yurkiw
4150 North Drinkwater Blvd., Suite 200
Scottsdale, AZ 85251
Phone: (480) 214-8778
sonjayurkiw@concordservicing.com
*Attorney for Concord Servicing Company d/b/a Blackwell Recovery*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PAULA KITCHEN,<br><br>            Plaintiff,<br><br>   vs.<br><br>CONCORD SERVICING COMPANY d/b/a BLACKWELL RECOVERY,<br><br>            Defendant. | No.: _4:17-cv-00272-RCC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated this 31st day of May at New York, New York.

*/s/ Avraham Zvi Cutler*
Avraham Zvi Cutler
Attorney for Plaintiff

Dated this 31st day of May at Scottsdale, Arizona.

*/s/ Sonja Yurkiw*
Sonja Yurkiw
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Arizona that on the 31st day of May 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to the following:   Sonja Yurkiw, Attorney for Defendant.

*/s/ Avraham Zvi Cutler*
Avraham Zvi Cutler
729 7th Ave, 17th Floor
New York, NY 10019
Phone: 718-578-7711
avicutler@gmail.com