IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paula Kitchen,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Concord Servicing Company,<br><br>　　　　Defendant. | No. CV-17-00272-TUC-RCC<br><br>**ORDER** |

　　　Pending before the Court is a joint stipulation to dismiss the case with prejudice. Doc. 22. Good cause appearing;

　　　**IT IS HEREBY ORDERED** that the stipulation is granted. This action is dismissed with prejudice. Each party shall bear their own costs and fees.

　　　**IT IS FURTHER ORDERED** that the Clerk of Court is directed to close the case.

　　　Dated this 5th day of June, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Raner C. Collins
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge